996 F.2d 319
 NOTICE: Federal Circuit Local Rule 47.8(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
Scott P. AIJO, Donald M. Anderson, Charles Armstrong, Ronald
C. Armstrong, Sr., Robert A. Ashbaugh, Robert W. Aston,
Timothy Barnes, Tami S. Beals, Michael G. Bean, Richard G.
Bennett, Robert A. Berndston, Leo Bessenhoffer, George L.
Bosier, Larry D. Boswell, James B. Boyer, William John
Brabitz, Daniel Bradley, Reginald Bridgeman, Herbert Brown,
Jr., Bernard R. Burroughs, Edward P. Bush, Jr., Brett P.
Butler, Raymond M. Cady, Jesus Cardozo, Lloyd L. Celistan,
Sr., Charles E. Chapman, Irving H. Chase, Jr., Wanda M.
Chavis, Ronald Cimonetti, Larry E. Clark, Charles R. Clarke,
William Clay, Edward C. Clokus, Wayne R. Colbert, Fred H.
Conner, Bruce R. Cosimini, James F.X. Crawford, William A.
Cross, Joseph C. Crovo, Louis C. Dabbonanza, Pienetta V.
Dare, Robert E. Dean, Robert Thomas Dereza, Arthur G.
Dignum, John W. Donner, Stephen J. Downey, Stephen J.
Drobnak, Earl O. Drummonds, Joseph M. Duffy, Arthur L.
Edwards, James L. Edwards, Richard Edwards, Bobby J. Eppler,
Joseph J. Ercolono, Edward J. Ferris, Jr., Eugene Fornadley,
Hal R. Frye, James R. Fudd, Allan F. Fuller, Jonathan L.
Fulton, Thomas A. Gandy, Jr., James J. Garrity, Frederick G.
Gerdes, Richard B. Gibel, Rickey L. Gillispie, James Golson,
James W. Gorham, Gary D. Grubby, Kathleen K. Grubby, Jose M.
Guadalupe, Jose Luis Gutierrez, George M. Hamilton, Wilbert
Hamm, Jr., Carl N. Hansen, the Estate of Thomas P. Hayes,
Cornelius T. Healy, Edward W. Healy, Evans Herbert, James D.
Herman, Richard C. Herr, Ronald C. Hohman, Raymond N. Hines,
Frank Hunt, French T. Jackson, Harry A. Jackson, James E.
Jefferson, Alex Johnson, Jacqueline K. Johnson, John A.
Johnson, Joseph H. Kelly, Edward F. Kenny, Raymond E.
Kidwell, Duane A. Klunk, the Estate of Donald A. Knott, by
and through Mrs. Donald A. Knott, Personal Representative,
John Koetter, Eugene J. Kucevick, Ida B. Lee, Sharlene
Levine, Bernard J. Little, Herbert D. Lloyd, Frank J.
Lobianco, Nurle Lowry, Jeffrey A. Luedke, Leo F. Lynch,
Edward Mahoney, Michael Mahoney, Anthony M. Maniaci, Aubry
W. Marcus, Robert B. Matvay, Kenneth L. McClure, Thomas A.
McDonald, Sr., Jacqueline D. McKenzie, John Menard, John
Menig, Charles Kenneth Milstead, Nicholas G. Miranda,
Timothy P. Moloney, Henry M. Moore, Joseph T. Morgan, Jr.,
Charles Edward Morris, Henry F. Morton, Francis H. Moser,
Jr., Thomas Daniel Mullarkey, Jr., Thurman Nave, Jeffrey
Nickle, Joseph P. Novak, Peter G. O'Connell, Michael K.
O'Leary, Karcenia Palmer, Glenn K. Parr, Leron Pearsall,
Jr., Earnest Pickard, Jr., Wayne E. Plummer, Sr., Anthony
Porcello, Stephen M. Post, Francis Quinlan, Jeffrey M. Reed,
George T. Rice, Philip A. Riffle, Ralph O. Riley, Arthur H.
Robinson, James Terry Robinson, Sylvester A. Robinson,
Michelle L. Roundtree, Raymond A. Ruoff, Joseph L. Russell,
Roger M. Sabino, Jonathan Schiller, Joseph J. Sedoti, Bessie
O'Shade, Thomas E. Sheely, John J. Shields, Susan E.
Showalter, William E. Simmons, III, Donald R. Smith,
Frederick J. Smith, Howard L. Smith, Robert E. Smith, Thomas
R. Spiewak, William Earl Spratley, Harvey R. Stanley, David
W. Steely, Jr., Jerome J. Steinbach, Sr., Peter Steormann,
Clifton B. Stewart, Robert E. Stiller, Tomie L. Sullivan,
George T. Swanson, Harold D. Swett, John W. Swope, Jr.,
Harold W. Taylor, Milton Teichman, Thomas T. Tucker, Ronald
J. Ullman, Robert A. Vass, James T. Waller, Vernoice H.
Warrick, Jr., Clarence H. Washington, Harry S. Webster, IV,
Michael E. Wells, Charles R. West, Herbert C. Wheelock, Sr.,
Carl R. Wiegand, Samuel M. Williams, Robert F. Williamson,
Jr., James W. Wilson, Ben J. Wisneski, Henry Wolfen, Delbert
E. Wright, Richard A. Zuehsow, Plaintiffs-Appellants,
and
Anthony Amato, Plaintiff-Appellant,
v.
The UNITED STATES, Defendant-Appellee.
 Nos. 92-5169, 92-5170.
 United States Court of Appeals, Federal Circuit.
 April 22, 1993.
 
 On Appeal from the United States Court of Federal Claims No(s). 90-258C and 90-630C.
 26 ClCt. 432.
 AFFIRMED.
 Judgment
 PER CURIAM.
 
 
 1
 AFFIRMED. Fed.Cir.R. 36.